AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means     ☐ Original     ☐ Duplicate



**CLERK'S OFFICE**
**A TRUE COPY**
Mar 04, 2026
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The person of George Brooks | Case No. **26-M-305 (SCD)** |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before   **3-18-26**   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   **Honorable Stephen C. Dries** .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   **3-4-26. 8:30 am**     *Stephen C. Dries* (signature)
*Judge's signature*

City and state:   **Milwaukee, WI**     Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |

| Inventory made in the presence of : |
|---|

| Inventory of the property taken and name(s) of any person(s) seized: |
|---|
| |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

# ATTACHMENT A

*To be searched*

The person to be searched is **GEORGE BROOKS (DOB: 11/04/1994)**.

## ATTACHMENT B

*To be seized*

The thing to be seized is saliva containing epithelial cells by buccal swab.

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin



CLERK'S OFFICE
A TRUE COPY
Mar 04, 2026
s/ JDH
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>The person of George Brooks | Case No. **26-M-305 (SCD)** |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the     Eastern     District of     Wisconsin     , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Section 922(g)(1) | unlawful possession of a firearm by a convicted felon |

The application is based on these facts:
See the attached affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*JAMES BUCK*    Digitally signed by JAMES BUCK
Date: 2026.03.02 14:29:18 -06'00'
*Applicant's signature*

James Buck, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by    telephone    *(specify reliable electronic means)*.

Date: 3-4-26

*Stephen C. Dries*
*Judge's signature*

City and state: Milwaukee, WI     Honorable Stephen C. Dries, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF
# APPLICATION FOR SEARCH WARRANT

I, James Buck, being first duly sworn, hereby depose and state as follows:

## I.     INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a search warrant to collect an oral swab or swabs of deoxyribonucleic acid (DNA) from saliva containing epithelial cells from the following individual, who is presently located in the Eastern District of Wisconsin: **George Brooks (BROOKS) (DOB: 11/04/1994)**.

2.     Your Affiant has been a Special Agent with the FBI since June 2023 and is assigned to the FBI's Milwaukee Area Safe Streets Task Force (MASSTF), a multi-jurisdictional law enforcement entity charged with investigating violations of federal law, including narcotics trafficking and conspiracy to possess narcotics with intent to distribute, as defined under Title 21 of the United States Code. Your Affiant has been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. Your Affiant has participated in criminal investigations, surveillance, search warrants, interviews, and debriefs of arrested subjects. As a result of this training and investigative experience, your Affiant has learned how and why narcotics traffickers typically conduct various aspects of their criminal activities. Your Affiant has experience in the investigation of individuals involved in federal criminal offenses, the use of cellular devices to commit those offenses, and the available technology that can be used by law enforcement to assist in identifying the users of cellular devices and their location. Through your Affiant's training, education, and experience, your Affiant became familiar with the manner in which illegal drugs are transported, stored, and distributed, and the methods of payment for such drugs.

3. Through these investigations, my training and experience, and conversations with other law enforcement officers ("LEOs"), I have become familiar with the methods used by narcotics traffickers to distribute, transport, store, and import controlled substances. I also have become familiar with the methods used by narcotics traffickers to safeguard and distribute narcotics and to collect and launder narcotics proceeds. For example, I am familiar with their use of prepaid cellular and cellular phones, normal landlines phones, public phones, debit calling cards, counter-surveillance, the use of false and/or fictitious identities, and the use of coded language during conversations when referring to narcotics in an attempt to disguise the true meaning of the conversation. I also know that consensually monitored telephone calls, as well as court-authorized intercepts, often provided valuable evidence of conspiracy pertaining to the narcotics trafficking activities.

4. In the course of my experience, I also have and continue to be involved in investigations where DNA analysis provided evidence of crimes and of a particular person's participation in a crime, including the packaging and manufacturing of drugs, the control of or nexus to drug premises, and the possession of firearms, ammunition, and firearms accessories.

5. This affidavit is based upon my personal knowledge and upon information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. Throughout this affidavit, I refer to case agents. Case agents are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom I have had regular contact regarding this investigation.

6. Because this affidavit is submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only facts that I believe are sufficient to establish probable cause.

## II. PROBABLE CAUSE

7. In 2023, case agents received information concerning George BROOKS's illegal drug trafficking and prohibited possession of weapons. Specifically, in July 2023, a Confidential Human Source (CHS1) told case agents that BROOKS was a dealer of marijuana and powder cocaine. CHS1 claimed to have observed approximately 4.5 ounces of cocaine powder, 100 grams of heroin, 8 pounds of marijuana, and two handguns in BROOKS's possession.

8. Your Affiant believes that CHS1 is credible. CHS1 has been extensively questioned by your Affiant, federal law enforcement officials, and local law enforcement officials within Wisconsin as to other individuals whom your Affiant is currently investigating and who are involved in drug trafficking and the prohibited possession of weapons.

9. CHS1's information is consistent with your Affiant's knowledge of BROOKS. Furthermore, a substantial portion of the CHS1's information has been corroborated through independent investigation, information and evidence through oral and written reports, court ordered documents, physical and electronic surveillance, public records, telephone toll records, pen registers and trap and trace information, and consensually recorded meetings and calls. CHS1 is a convicted felon with more than 4 felony convictions. CHS1 is cooperating with law enforcement for consideration for a pending federal case. For these reasons, your Affiant believes CHS1 to be reliable.

10. MASSTF subsequently opened an investigation into George BROOKS, who case agents have learned is a suspected member of the Gangster Disciples street gang. During the

course of the investigation, case agents have gained information and evidence through oral and written reports, courts ordered documents, physical and electronic surveillance, public records, telephone toll records, pen registers and trap and trace information, and consensually recorded meetings and calls. Through these investigative techniques, case agents determined BROOKS was engaged in narcotics trafficking and unlawfully possessed firearms. Specifically, MASSTF conducted several controlled narcotics purchases and a controlled firearm purchase from GEORGE BROOKS utilizing CHS1.

11. On April 22, 2024, CHS1, under the direction of MASSTF, conducted a controlled purchase of a Taurus G2S handgun, bearing serial number TMC09591, in exchange for $900.00. Prior to the controlled purchase, case agents searched CHS1 and his/her vehicle for contraband with negative results. At approximately 2:17 p.m., BROOKS called CHS1 to inform CHS1 where to initially meet BROOKS. Shortly after meeting BROOKS at the agreed location, CHS1 advised case agents that BROOKS wanted to lead CHS1 to another location to conduct the firearms purchase. At approximately 2:40 p.m., CHS1 called BROOKS and inquired about where they were going. BROOKS replied, "We going on National nigga, to my momma's house. I have to go get her first… she got the key." Upon reviewing pen register trap and trace (PRTT) data from BROOKS's cellular device (i.e., at the time, a cellular device assigned call number (414) 242-2566), case agents noted an outgoing-answered call, at approximately 2:26 p.m., from BROOKS's cellular device to (262) 358-2370, which was subscribed to Charmain D. Brooks, GEORGE BROOKS's mother, who is also known as Charmain D. EVANS.

12. CHS1 followed BROOKS's vehicle to the gated parking lot located at 704 W. National Avenue, Milwaukee, Wisconsin. At this time, case agents were aware that EVANS's residential address was 704 W. National Avenue, Apt. 338, Milwaukee, Wisconsin 53204.

BROOKS and CHS1 waited in their respective vehicles at the gate to the apartment building's parking lot until the gate opened. Security camera footage showed a light gold Mercedes Benz sedan, followed by CHS1's vehicle, arrive at the apartment building's parking lot at approximately 2:46 p.m. The light gold Mercedes Benz parked on the eastern side of the parking lot, immediately north of a dark-colored Volkswagen Jetta, bearing Wisconsin plates numbered ARP1365, and registered to Charmain Davina Rogers, another alias for EVANS. Soon thereafter, BROOKS was seen exiting the Mercedes and entering the Volkswagen Jetta's front passenger side. At approximately 2:47 p.m., security camera footage captured BROOKS approaching CHS1's front passenger door, opening the door, and standing in the threshold. Shortly thereafter, BROOKS returned to the Jetta's driver-side window. Security camera footage next captured CHS1 exiting his/her vehicle and entering the Jetta's front passenger side. Case agents observed BROOKS standing by the Jetta's driver-side door. At approximately 2:49 p.m., CHS1 was seen exiting the Jetta's front passenger side, returning to his/her vehicle, and then departing the area.

13. After retrieving the Taurus firearm from CHS1, which was loaded with seven unfired cartridges, case agents debriefed CHS1 about the controlled firearm purchase. CHS1 stated that after driving to EVANS's residence, CHS1 waited for EVANS to open the gate to her apartment's parking lot. CHS1 identified EVANS from a photograph provided by case agents and said her name was Charmain Rogers. CHS1 stated that upon entering the black Volkswagen Jetta, CHS1 observed EVANS in the vehicle's driver's seat. CHS1 said BROOKS approached the Jetta's driver's side, retrieved the Taurus firearm from EVANS, and then placed the firearm in CHS1's vehicle. CHS1 paid EVANS $900.00 in cash for the Taurus firearm. According to CHS1, during the firearms transaction, BROOKS said he had 100 bullets available for the Taurus and EVANS said she had two AR-style rifles and two short Draco-style rifles for sale.

5

14. The firearm was forensically swabbed for DNA, and those DNA swabs remain in the custody of the Milwaukee Police Department under inventory evidence barcode numbers 24012091-1, 24012091-2, 24012091-3, and 24012091-4.

15. Before April 22, 2024, BROOKS had been convicted in the state of Wisconsin of Attempting to Flee Or Elude An Officer, a class I felony, Wisconsin Statutes 346.04(3) (case no.: 2018CF003614); Armed Robbery with Use of Force [Modifiers: Party to a Crime], a class C felony, Wisconsin Statutes 943.32(2) (case no.: 2013CF000807); and Burglary-Building or Dwelling, a class F felony, Wisconsin Statutes 943.10(1m)(a) (case no.: 2012CF005893), which are each crimes punishable by imprisonment for a term exceeding one year. Furthermore, based on training and experience, your Affiant knows that Taurus firearms are manufactured outside the state of Wisconsin (i.e., in Brazil and the state of Georgia), and that the Taurus firearm obtained from BROOKS would have had to travel in interstate and/or foreign commerce before he possessed it. Based on these felony convictions (i.e., offenses carrying a term of imprisonment exceeding one year), BROOKS was prohibited from possessing a firearm.

16. Based on my training and experience, your Affiant knows that a sample of saliva containing epithelial cells may be found in and on a person. Swabbing the inside of a subject's mouth or cheek with a sterile cotton swab and preserving the saliva and cells obtained as a result is a reliable method for collecting a DNA sample. This process is called taking a "buccal swab" or "buccal smear." A case agent trained in how to collect a DNA sample and prevent contamination of the resulting evidence will conduct these searches using sterile swabbing kits for use in collection and preservation.

17. Your Affiant will request the assistance of the FBI's forensic laboratory in processing, analyzing, and scientifically testing the saliva samples to obtain a known DNA profile or profiles and

to compare those known DNA profiles with the DNA profiles obtained from the evidence recovered during this investigation.

18. Your Affiant has reason to believe that saliva samples containing epithelial cells taken from BROOKS, together with test results comparing the DNA profiles extracted from such samples with any and all human DNA profiles extracted from the aforementioned firearm recovered on April 22nd, 2024, will be probative of BROOKS's unlawful possession of that same firearm.

### III.     CONCLUSION

Based on the information above, I submit that there is probable cause to believe that by taking oral swabs of the mouth of BROOKS, there may now be found DNA that is probative of his knowing possession of a firearm after previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1). Therefore, I request that this Court issue a search warrant to obtain samples of BROOKS's DNA from saliva containing epithelial cells for subsequent testing and examination.

# ATTACHMENT A

## *To be searched*

The person to be searched is **GEORGE BROOKS (DOB: 11/04/1994)**.

# ATTACHMENT B

## *To be seized*

The thing to be seized is saliva containing epithelial cells by buccal swab.